# EXHIBIT 3

<mark>Case 2:17-cv-04162 Document 49-3 Filed 08/16/18 Page 2 of 6 PageID #: 712</mark>



**AT&T**

BONNIE L. SERLS
ATTN: JULIA WILLIAMS
PO BOX 183
KENNA, WV 25248-0183

Page: A-35 of 143
Bill Cycle Date: 08/17/15 - 09/16/15
Account: 856972779

Visit us online at: www.att.com

## 304 532-6382 — BONNIE L. SERLS

**Call Detail - Continued**

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| Sunday, 08/30 | | | | | | | |
| 10:13a | LOGAN WV | 304-687-1808 | SDDV | | 6 | 0.00 | 0.00 |
| 10:18a | VMAIL CL | 304-532-6382 | SDDV | VM | 2 | 0.00 | 0.00 |
| 10:23a | RIPLEY WV | 304-531-4245 | SDDV | | 25 | 0.00 | 0.00 |
| 10:47a | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 10:54a | INCOMI CL | 304-482-6339 | SDDV | | 5 | 0.00 | 0.00 |
| 12:56p | CHARLE WV | 304-444-5753 | SDDV | | 2 | 0.00 | 0.00 |
| 01:03p | RIPLEY WV | 304-514-1112 | SDDV | | 1 | 0.00 | 0.00 |
| 01:19p | RIPLEY WV | 304-514-1112 | SDDV | | 1 | 0.00 | 0.00 |
| 01:19p | RIPLEY WV | 304-514-1112 | SDDV | | 1 | 0.00 | 0.00 |
| 06:00p | INCOMI CL | 304-482-6339 | SDDV | | 4 | 0.00 | 0.00 |
| 06:04p | CHARLE WV | 304-444-5753 | SDDV | | 2 | 0.00 | 0.00 |
| 06:05p | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 08:08p | INCOMI CL | 304-699-2842 | SDDV | | 16 | 0.00 | 0.00 |
| 09:02p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 09:05p | INCOMI CL | 304-482-6339 | SDDV | | 4 | 0.00 | 0.00 |
| 10:37p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| Monday, 08/31 | | | | | | | |
| 07:47a | CHARLE WV | 304-989-4755 | SDDV | | 2 | 0.00 | 0.00 |
| 08:16a | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 10:32a | RIPLEY WV | 304-372-2262 | SDDV | | 1 | 0.00 | 0.00 |
| 02:11p | RIPLEY WV | 304-372-6115 | SDDV | | 4 | 0.00 | 0.00 |
| 02:15p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 02:15p | CHARLE WV | 304-342-4717 | SDDV | | 5 | 0.00 | 0.00 |
| 04:40p | POCATA WV | 304-988-1263 | SDDV | | 20 | 0.00 | 0.00 |
| 05:54p | INCOMI CL | 304-767-0675 | SDDV | | 4 | 0.00 | 0.00 |
| 06:42p | PARKER WV | 304-482-6339 | SDDV | | 3 | 0.00 | 0.00 |
| 06:44p | PARKER WV | 304-482-6339 | SDDV | | 1 | 0.00 | 0.00 |
| 07:28p | INCOMI CL | 304-514-4439 | SDDV | | 1 | 0.00 | 0.00 |
| 08:39p | INCOMI CL | 304-482-6339 | SDDV | | 13 | 0.00 | 0.00 |
| 09:00p | POCATA WV | 304-988-1263 | SDDV | | 1 | 0.00 | 0.00 |
| 10:05p | INCOMI CL | 304-532-7999 | SDDV | | 4 | 0.00 | 0.00 |
| Tuesday, 09/01 | | | | | | | |
| 07:53a | CHARLE WV | 304-993-8318 | SDDV | | 1 | 0.00 | 0.00 |
| 08:08a | INCOMI CL | 304-531-4245 | SDDV | | 22 | 0.00 | 0.00 |
| 08:42a | RIPLEY WV | 304-531-8537 | SDDV | | 3 | 0.00 | 0.00 |
| 10:11a | INCOMI CL | 304-532-7999 | SDDV | | 8 | 0.00 | 0.00 |
| 10:19a | RIPLEY WV | 304-531-4245 | SDDV | | 3 | 0.00 | 0.00 |
| 11:45a | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 12:41p | POCATA WV | 304-988-1263 | SDDV | | 3 | 0.00 | 0.00 |
| 12:58p | RIPLEY WV | 304-532-3003 | SDDV | | 1 | 0.00 | 0.00 |
| 12:58p | RIPLEY WV | 304-531-3003 | SDDV | | 2 | 0.00 | 0.00 |
| 01:00p | RIPLEY WV | 304-531-3003 | SDDV | | 3 | 0.00 | 0.00 |
| 02:11p | CHARLE WV | 304-767-0675 | SDDV | | 1 | 0.00 | 0.00 |
| 02:12p | CHARLE WV | 304-344-0170 | SDDV | | 2 | 0.00 | 0.00 |
| 02:52p | RIPLEY WV | 304-372-6722 | SDDV | | 1 | 0.00 | 0.00 |
| 04:53p | INCOMI CL | 304-532-7999 | SDDV | | 4 | 0.00 | 0.00 |
| 05:08p | INCOMI CL | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 05:13p | INCOMI CL | 304-482-6339 | SDDV | | 3 | 0.00 | 0.00 |
| 05:25p | INCOMI CL | 304-482-6339 | SDDV | | 1 | 0.00 | 0.00 |
| 05:27p | INCOMI CL | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 05:40p | INCOMI CL | 304-767-0675 | SDDV | | 16 | 0.00 | 0.00 |
| 05:53p | CALL WAIT | 304-514-4439 | SDDV | CW | 1 | 0.00 | 0.00 |
| 06:48p | PARKER WV | 304-482-6339 | SDDV | | 1 | 0.00 | 0.00 |
| 06:49p | PARKER WV | 304-482-6339 | SDDV | | 1 | 0.00 | 0.00 |
| 07:19p | INCOMI CL | 304-273-3437 | SDDV | | 1 | 0.00 | 0.00 |
| 07:45p | INCOMI CL | 304-941-7722 | SDDV | | 1 | 0.00 | 0.00 |
| 07:46p | INCOMI CL | 304-941-7722 | SDDV | | 1 | 0.00 | 0.00 |
| 07:50p | INCOMI CL | 304-514-4439 | SDDV | | 2 | 0.00 | 0.00 |
| 07:53p | RIPLEY WV | 304-531-5079 | SDDV | | 4 | 0.00 | 0.00 |
| 07:57p | POCATA WV | 304-988-1263 | SDDV | | 5 | 0.00 | 0.00 |
| 07:58p | CALL WAIT | 304-444-5753 | SDDV | CW | 1 | 0.00 | 0.00 |
| 08:03p | INCOMI CL | 304-637-6217 | SDDV | | 1 | 0.00 | 0.00 |
| 08:36p | INCOMI CL | 304-400-8480 | SDDV | | 1 | 0.00 | 0.00 |
| 08:57p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 09:29p | POCATA WV | 304-988-1263 | SDDV | | 1 | 0.00 | 0.00 |
| Wednesday, 09/02 | | | | | | | |
| 07:45a | CHARLE WV | 304-395-3130 | SDDV | | 2 | 0.00 | 0.00 |
| 07:47a | INCOMI CL | 304-395-3130 | SDDV | | 3 | 0.00 | 0.00 |
| 08:23a | CHARLE WV | 304-346-9309 | SDDV | | 1 | 0.00 | 0.00 |
| 10:04a | RIPLEY WV | 304-531-4245 | SDDV | | 8 | 0.00 | 0.00 |
| 10:13a | POCATA WV | 304-988-1263 | SDDV | | 3 | 0.00 | 0.00 |
| 12:12p | INCOMI CL | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 12:22p | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 12:29p | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 12:31p | INCOMI CL | 304-531-4245 | SDDV | | 2 | 0.00 | 0.00 |
| 03:48p | INCOMI CL | 304-372-2262 | SDDV | | 3 | 0.00 | 0.00 |
| 04:11p | RIPLEY WV | 304-532-1596 | SDDV | | 1 | 0.00 | 0.00 |
| 04:34p | POCATA WV | 304-988-1263 | SDDV | | 6 | 0.00 | 0.00 |
| 04:42p | RIPLEY WV | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 06:59p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 07:02p | INCOMI CL | 740-982-0213 | SDDV | | 29 | 0.00 | 0.00 |
| 07:31p | RIPLEY WV | 304-532-7999 | SDDV | | 3 | 0.00 | 0.00 |
| 07:35p | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 08:05p | INCOMI CL | 304-531-4245 | SDDV | | 10 | 0.00 | 0.00 |
| 08:18p | INCOMI CL | 304-482-6339 | SDDV | | 11 | 0.00 | 0.00 |
| 08:39p | INCOMI CL | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| Thursday, 09/03 | | | | | | | |
| 07:25a | INCOMI CL | 304-514-4439 | SDDV | | 3 | 0.00 | 0.00 |
| 08:23a | Toll F CL | 877-982-2447 | SDDV | | 2 | 0.00 | 0.00 |
| 08:26a | RIPLEY WV | 304-531-4245 | SDDV | | 5 | 0.00 | 0.00 |
| 10:17a | POCATA WV | 304-988-1263 | SDDV | | 3 | 0.00 | 0.00 |
| 10:20a | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 10:21a | POCATA WV | 304-988-1263 | SDDV | | 2 | 0.00 | 0.00 |
| 10:23a | PARKER WV | 304-485-9834 | SDDV | | 2 | 0.00 | 0.00 |
| 10:25a | RIPLEY WV | 304-531-4245 | SDDV | | 4 | 0.00 | 0.00 |
| 10:32a | INCOMI CL | 304-485-9839 | SDDV | | 5 | 0.00 | 0.00 |
| 11:33a | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 11:42a | RIPLEY WV | 304-531-4245 | SDDV | | 3 | 0.00 | 0.00 |
| 11:45a | PARKER WV | 304-485-9834 | SDDV | | 3 | 0.00 | 0.00 |
| 11:48a | RIPLEY WV | 304-531-4245 | SDDV | | 2 | 0.00 | 0.00 |
| 11:50a | POCATA WV | 304-988-1263 | SDDV | | 22 | 0.00 | 0.00 |
| 12:59p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 01:59p | POCATA WV | 304-988-1263 | SDDV | | 12 | 0.00 | 0.00 |

Case 2:17-cv-04162   Document 49-3   Filed 08/16/18   Page 3 of 6 PageID #: 713



**AT&T**

BONNIE L. SERLS
ATTN: JULIA WILLIAMS
PO BOX 183
KENNA, WV 25248-0183

Page: A-36 of 143
Bill Cycle Date: 08/17/15 - 09/16/15
Account: 856972779

Visit us online at: www.att.com

### 304 532-6382
BONNIE L. SERLS

**Call Detail - Continued**

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| Thursday, 09/03 | | | | | | | |
| 03:46p | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 03:48p | RIPLEY WV | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 04:31p | POCATA WV | 304-988-1263 | SDDV | | 1 | 0.00 | 0.00 |
| 04:34p | POCATA WV | 304-988-1263 | SDDV | | 3 | 0.00 | 0.00 |
| 04:43p | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 05:39p | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 05:39p | CALL WAIT | 304-532-7999 | SDDV | CW | 1 | 0.00 | 0.00 |
| 05:48p | INCOMI CL | 304-531-4245 | SDDV | | 3 | 0.00 | 0.00 |
| 06:16p | INCOMI CL | 304-372-7300 | SDDV | | 1 | 0.00 | 0.00 |
| 06:34p | INCOMI CL | 304-514-4439 | SDDV | | 2 | 0.00 | 0.00 |
| 07:31p | PARKER WV | 304-482-6339 | SDDV | | 1 | 0.00 | 0.00 |
| 07:34p | RIPLEY WV | 304-531-4245 | SDDV | | 4 | 0.00 | 0.00 |
| 07:43p | INCOMI CL | 304-514-1112 | SDDV | | 1 | 0.00 | 0.00 |
| 07:49p | RIPLEY WV | 304-531-4245 | SDDV | | 4 | 0.00 | 0.00 |
| 08:14p | INCOMI CL | 304-514-1112 | SDDV | | 1 | 0.00 | 0.00 |
| 08:27p | PARKER WV | 304-482-6339 | SDDV | | 6 | 0.00 | 0.00 |
| 09:03p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 09:44p | INCOMI CL | 304-482-6339 | SDDV | | 3 | 0.00 | 0.00 |
| 10:35p | POCATA WV | 304-988-1263 | SDDV | | 2 | 0.00 | 0.00 |
| Friday, 09/04 | | | | | | | |
| 07:13a | INCOMI CL | 304-514-4439 | SDDV | | 1 | 0.00 | 0.00 |
| 07:26a | INCOMI CL | 304-514-4439 | SDDV | | 3 | 0.00 | 0.00 |
| 08:23a | RIPLEY WV | 304-531-4245 | SDDV | | 8 | 0.00 | 0.00 |
| 10:07a | POCATA WV | 304-988-1263 | SDDV | | 1 | 0.00 | 0.00 |
| 10:08a | PARKER WV | 304-485-9835 | SDDV | | 2 | 0.00 | 0.00 |
| 10:10a | POCATA WV | 304-988-1263 | SDDV | | 7 | 0.00 | 0.00 |
| 10:54a | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 11:58a | INCOMI CL | 304-485-9835 | SDDV | | 1 | 0.00 | 0.00 |
| 12:21p | POCATA WV | 304-988-1263 | SDDV | | 8 | 0.00 | 0.00 |
| 12:30p | RIPLEY WV | 304-531-4245 | SDDV | | 14 | 0.00 | 0.00 |
| 12:44p | POCATA WV | 304-988-1263 | SDDV | | 3 | 0.00 | 0.00 |
| 12:47p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 04:35p | INCOMI CL | 304-514-4439 | SDDV | | 1 | 0.00 | 0.00 |
| 04:38p | POCATA WV | 304-988-1263 | SDDV | | 3 | 0.00 | 0.00 |
| 04:43p | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 04:44p | Toll F CL | 800-483-8314 | SDDV | | 1 | 0.00 | 0.00 |
| 04:45p | INCOMI CL | 304-531-4245 | SDDV | | 2 | 0.00 | 0.00 |
| 06:51p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 06:53p | PARKER WV | 304-699-2842 | SDDV | | 1 | 0.00 | 0.00 |
| 07:48p | CHARLE WV | 304-744-4081 | SDDV | | 2 | 0.00 | 0.00 |
| 08:12p | INCOMI CL | 304-531-4245 | SDDV | | 2 | 0.00 | 0.00 |
| 08:23p | INCOMI CL | 304-553-4539 | SDDV | | 3 | 0.00 | 0.00 |
| 08:42p | POCATA WV | 304-988-1263 | SDDV | | 1 | 0.00 | 0.00 |
| 08:46p | INCOMI CL | 304-988-1263 | SDDV | | 1 | 0.00 | 0.00 |
| 09:05p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 09:34p | INCOMI CL | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 09:34p | CALL WAIT | 304-988-1263 | SDDV | CW | 6 | 0.00 | 0.00 |
| 10:07p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 10:14p | INCOMI CL | 304-988-0902 | SDDV | | 3 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| Saturday, 09/05 | | | | | | | |
| 07:36a | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 07:37a | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 08:03a | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 08:56a | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 09:43a | INCOMI CL | 304-531-4245 | SDDV | | 13 | 0.00 | 0.00 |
| 09:59a | CHARLE WV | 304-744-4081 | SDDV | | 2 | 0.00 | 0.00 |
| 11:20a | POCATA WV | 304-988-1263 | SDDV | | 10 | 0.00 | 0.00 |
| 11:44a | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 11:45a | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 11:48a | INCOMI CL | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 11:49a | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 12:36p | RIPLEY WV | 304-531-4245 | SDDV | | 3 | 0.00 | 0.00 |
| 12:40p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 02:01p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 02:02p | CHARLE WV | 304-545-1815 | SDDV | | 1 | 0.00 | 0.00 |
| 02:04p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 02:24p | CHARLE WV | 304-545-1815 | SDDV | | 5 | 0.00 | 0.00 |
| 02:29p | POCATA WV | 304-988-1263 | SDDV | | 3 | 0.00 | 0.00 |
| 03:13p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 04:30p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 05:34p | INCOMI CL | 304-421-5778 | SDDV | | 11 | 0.00 | 0.00 |
| 05:44p | CALL WAIT | 304-699-2842 | SDDV | CW | 6 | 0.00 | 0.00 |
| 06:53p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 06:56p | PARKER WV | 304-699-2842 | SDDV | | 3 | 0.00 | 0.00 |
| 06:59p | Toll F CL | 800-611-0964 | SDDV | | 7 | 0.00 | 0.00 |
| 07:11p | INCOMI CL | 304-553-4539 | SDDV | | 4 | 0.00 | 0.00 |
| 07:29p | POCATA WV | 304-988-1263 | SDDV | | 2 | 0.00 | 0.00 |
| 08:00p | INCOMI CL | 304-531-4245 | SDDV | | 5 | 0.00 | 0.00 |
| 08:55p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 09:02p | INCOMI CL | 304-988-0902 | SDDV | | 9 | 0.00 | 0.00 |
| 09:35p | INCOMI CL | 304-699-2842 | SDDV | | 16 | 0.00 | 0.00 |
| Sunday, 09/06 | | | | | | | |
| 06:54a | CHARLE WV | 304-744-4081 | SDDV | | 2 | 0.00 | 0.00 |
| 08:28a | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 09:26a | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 02:16p | CHARLE WV | 304-744-4081 | SDDV | | 2 | 0.00 | 0.00 |
| 05:33p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 06:56p | INCOMI CL | 304-421-5779 | SDDV | | 9 | 0.00 | 0.00 |
| 07:53p | CHARLE WV | 304-744-4081 | SDDV | | 2 | 0.00 | 0.00 |
| 08:04p | INCOMI CL | 304-531-4245 | SDDV | | 18 | 0.00 | 0.00 |
| 10:30p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| Monday, 09/07 | | | | | | | |
| 07:35a | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 08:34a | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 09:33a | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 10:01a | RIPLEY WV | 304-372-7860 | SDDV | | 1 | 0.00 | 0.00 |
| 10:34a | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 12:18p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 01:14p | CHARLE WV | 304-744-4081 | SDDV | | 2 | 0.00 | 0.00 |
| 01:15p | CHARLE WV | 304-561-7065 | SDDV | | 1 | 0.00 | 0.00 |
| 01:16p | INCOMI CL | 304-561-7065 | SDDV | | 1 | 0.00 | 0.00 |
| 03:17p | RIPLEY WV | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |

73.000011.4069.001.19.0000000 NSSNSNNS 001591.001691



**AT&T**

BONNIE L. SERLS
ATTN: JULIA WILLIAMS
PO BOX 183
KENNA, WV 25248-0183

Page: A-37 of 143
Bill Cycle Date: 08/17/15 - 09/16/15
Account: 856972779

Visit us online at: www.att.com

## 304 532-6382
### BONNIE L. SERLS

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| Monday, 09/07 | | | | | | | |
| 03:21p | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 03:47p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 04:19p | INCOMI CL | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 04:19p | INCOMI CL | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 04:47p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 05:59p | INCOMI CL | 304-767-0675 | SDDV | | 34 | 0.00 | 0.00 |
| 06:34p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 07:08p | INCOMI CL | 304-531-4245 | SDDV | | 2 | 0.00 | 0.00 |
| 07:43p | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 07:45p | INCOMI CL | 304-531-4245 | SDDV | | 22 | 0.00 | 0.00 |
| 08:15p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| Tuesday, 09/08 | | | | | | | |
| 06:22a | INCOMI CL | 304-482-6339 | SDDV | | 2 | 0.00 | 0.00 |
| 07:18a | INCOMI CL | 304-514-4439 | SDDV | | 1 | 0.00 | 0.00 |
| 08:22a | RIPLEY WV | 304-531-4245 | SDDV | | 6 | 0.00 | 0.00 |
| 10:25a | RIPLEY WV | 304-532-7999 | SDDV | | 4 | 0.00 | 0.00 |
| 12:36p | RIPLEY WV | 304-532-7999 | SDDV | | 10 | 0.00 | 0.00 |
| 12:48p | RIPLEY WV | 304-372-5115 | SDDV | | 2 | 0.00 | 0.00 |
| 12:50p | POCATA WV | 304-988-1263 | SDDV | | 4 | 0.00 | 0.00 |
| 02:04p | RIPLEY WV | 304-531-4245 | SDDV | | 10 | 0.00 | 0.00 |
| 04:32p | ALBANY NY | 518-817-5520 | SDDV | | 1 | 0.00 | 0.00 |
| 05:29p | CHARLE WV | 304-720-2389 | SDDV | | 2 | 0.00 | 0.00 |
| 05:36p | INCOMI CL | 304-993-9318 | SDDV | | 10 | 0.00 | 0.00 |
| 05:46p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 06:06p | PARKER WV | 304-482-6339 | SDDV | | 6 | 0.00 | 0.00 |
| 06:39p | INCOMI CL | 304-514-4439 | SDDV | | 1 | 0.00 | 0.00 |
| 06:51p | INCOMI CL | 304-372-7300 | SDDV | | 1 | 0.00 | 0.00 |
| 07:08p | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 07:28p | INCOMI CL | 304-514-1112 | SDDV | | 1 | 0.00 | 0.00 |
| 08:37p | INCOMI CL | 304-482-6339 | SDDV | | 21 | 0.00 | 0.00 |
| 09:06p | INCOMI CL | 304-532-7999 | SDDV | | 3 | 0.00 | 0.00 |
| 09:19p | INCOMI CL | 304-482-6339 | SDDV | | 3 | 0.00 | 0.00 |
| Wednesday, 09/09 | | | | | | | |
| 07:38a | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 07:39a | RIPLEY WV | 304-514-4439 | SDDV | | 3 | 0.00 | 0.00 |
| 08:16a | RIPLEY WV | 304-531-4245 | SDDV | | 16 | 0.00 | 0.00 |
| 10:10a | POCATA WV | 304-988-1263 | SDDV | | 4 | 0.00 | 0.00 |
| 10:15a | RIPLEY WV | 304-531-4245 | SDDV | | 4 | 0.00 | 0.00 |
| 02:05p | RIPLEY WV | 304-532-7999 | SDDV | | 3 | 0.00 | 0.00 |
| 02:13p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 02:15p | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 02:51p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 04:00p | CHARLE WV | 304-342-4422 | SDDV | | 1 | 0.00 | 0.00 |
| 04:01p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 04:58p | CHARLE WV | 304-342-4422 | SDDV | | 2 | 0.00 | 0.00 |
| 05:00p | CHARLE WV | 304-395-3130 | SDDV | | 23 | 0.00 | 0.00 |
| 05:03p | CALL WAIT | 304-532-7999 | SDDV | CW | 2 | 0.00 | 0.00 |
| 05:23p | RIPLEY WV | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 05:24p | RIPLEY WV | 304-514-4439 | SDDV | | 1 | 0.00 | 0.00 |
| 05:29p | RIPLEY WV | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 05:37p | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 05:40p | INCOMI CL | 304-531-4245 | SDDV | | 6 | 0.00 | 0.00 |
| 05:47p | CHARLE WV | 304-419-0810 | SDDV | | 1 | 0.00 | 0.00 |
| 05:54p | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 06:03p | CHARLE WV | 304-419-0810 | SDDV | | 1 | 0.00 | 0.00 |
| 06:04p | PARKER WV | 304-482-6339 | SDDV | | 24 | 0.00 | 0.00 |
| 06:31p | POCATA WV | 304-988-0902 | SDDV | | 1 | 0.00 | 0.00 |
| 06:32p | POCATA WV | 304-988-0902 | SDDV | | 1 | 0.00 | 0.00 |
| 06:36p | INCOMI CL | 304-988-0902 | SDDV | | 1 | 0.00 | 0.00 |
| 06:37p | CALL WAIT | 304-988-1263 | SDDV | CW | 2 | 0.00 | 0.00 |
| 06:48p | INCOMI CL | 304-531-4245 | SDDV | | 10 | 0.00 | 0.00 |
| 06:58p | CHARLE WV | 304-767-0675 | SDDV | | 32 | 0.00 | 0.00 |
| 08:10p | INCOMI CL | 304-514-4439 | SDDV | | 2 | 0.00 | 0.00 |
| 08:27p | INCOMI CL | 304-699-2842 | SDDV | | 16 | 0.00 | 0.00 |
| Thursday, 09/10 | | | | | | | |
| 07:33a | INCOMI CL | 304-514-4439 | SDDV | | 2 | 0.00 | 0.00 |
| 07:57a | INCOMI CL | 304-532-7999 | SDDV | | 4 | 0.00 | 0.00 |
| 08:15a | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 10:10a | POCATA WV | 304-988-1263 | SDDV | | 8 | 0.00 | 0.00 |
| 11:43a | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 11:48a | POCATA WV | 304-984-0052 | SDDV | | 1 | 0.00 | 0.00 |
| 02:35p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 02:38p | CHARLE WV | 304-550-0636 | SDDV | | 2 | 0.00 | 0.00 |
| 03:22p | INCOMI CL | 304-532-6753 | SDDV | | 1 | 0.00 | 0.00 |
| 04:38p | POCATA WV | 304-988-1263 | SDDV | | 5 | 0.00 | 0.00 |
| 04:46p | RIPLEY WV | 304-531-4245 | SDDV | | 20 | 0.00 | 0.00 |
| 04:49p | CALL WAIT | 304-720-2388 | SDDV | CW | 2 | 0.00 | 0.00 |
| 05:19p | RIPLEY WV | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 06:24p | INCOMI CL | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 06:38p | INCOMI CL | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 06:46p | VMAIL CL | 304-532-6382 | SDDV | VM | 2 | 0.00 | 0.00 |
| 06:52p | PARKER WV | 304-482-6339 | SDDV | | 5 | 0.00 | 0.00 |
| 08:06p | INCOMI CL | 304-514-4439 | SDDV | | 2 | 0.00 | 0.00 |
| 08:57p | PARKER WV | 304-482-6339 | SDDV | | 6 | 0.00 | 0.00 |
| 09:03p | RIPLEY WV | 304-531-4245 | SDDV | | 6 | 0.00 | 0.00 |
| 09:35p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 09:35p | PARKER WV | 304-482-6339 | SDDV | | 14 | 0.00 | 0.00 |
| Friday, 09/11 | | | | | | | |
| 07:28a | RIPLEY WV | 304-514-4439 | SDDV | | 1 | 0.00 | 0.00 |
| 07:28a | CALL WAIT | 304-514-4439 | SDDV | CW | 2 | 0.00 | 0.00 |
| 08:15a | RIPLEY WV | 304-531-4245 | SDDV | | 17 | 0.00 | 0.00 |
| 10:21a | POCATA WV | 304-988-1263 | SDDV | | 7 | 0.00 | 0.00 |
| 12:19p | RIPLEY WV | 304-531-4245 | SDDV | | 18 | 0.00 | 0.00 |
| 02:00p | CHARLE WV | 304-744-4081 | SDDV | | 1 | 0.00 | 0.00 |
| 05:33p | RIPLEY WV | 304-514-4439 | SDDV | | 1 | 0.00 | 0.00 |
| 05:34p | INCOMI CL | 304-514-4439 | SDDV | | 2 | 0.00 | 0.00 |
| 06:16p | INCOMI CL | 304-514-4439 | SDDV | | 13 | 0.00 | 0.00 |
| 06:29p | PARKER WV | 304-482-6339 | SDDV | | 2 | 0.00 | 0.00 |
| 06:31p | RIPLEY WV | 304-531-4245 | SDDV | | 2 | 0.00 | 0.00 |
| 06:39p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 06:45p | CHARLE WV | 304-553-4539 | SDDV | | 1 | 0.00 | 0.00 |
| 06:46p | RIPLEY WV | 304-532-3751 | SDDV | | 1 | 0.00 | 0.00 |
| 06:51p | PARKER WV | 304-482-6339 | SDDV | | 2 | 0.00 | 0.00 |

 **AT&T**

BONNIE L. SERLS
ATTN: JULIA WILLIAMS
PO BOX 183
KENNA, WV 25248-0183

Page: A-38 of 143
Bill Cycle Date: 08/17/15 - 09/16/15
Account: 856972779

Visit us online at: www.att.com

### 304 532-6382
BONNIE L. SERLS

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| Friday, 09/11 | | | | | | | |
| 06:54p | INCOMI CL | 304-988-1263 | SDDV | | 28 | 0.00 | 0.00 |
| 07:29p | PARKER WV | 304-482-6339 | SDDV | | 1 | 0.00 | 0.00 |
| 07:43p | INCOMI CL | 304-482-6339 | SDDV | | 1 | 0.00 | 0.00 |
| 08:35p | CHARLE WV | 304-400-8480 | SDDV | | 8 | 0.00 | 0.00 |
| 10:13p | CHARLE WV | 304-400-8480 | SDDV | | 10 | 0.00 | 0.00 |
| 10:51p | INCOMI CL | 304-531-4245 | SDDV | | 8 | 0.00 | 0.00 |
| 10:53p | CALL WAIT | 304-482-6339 | SDDV | CW | 4 | 0.00 | 0.00 |
| Saturday, 09/12 | | | | | | | |
| 10:28a | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 11:37a | INCOMI CL | 304-531-4245 | SDDV | | 23 | 0.00 | 0.00 |
| 12:01p | RIPLEY WV | 304-514-4439 | SDDV | | 5 | 0.00 | 0.00 |
| 04:05p | RIPLEY WV | 304-532-7999 | SDDV | | 13 | 0.00 | 0.00 |
| 04:18p | RIPLEY WV | 304-531-4245 | SDDV | | 2 | 0.00 | 0.00 |
| 04:20p | INCOMI CL | 304-482-6339 | SDDV | | 11 | 0.00 | 0.00 |
| 04:46p | INCOMI CL | 304-421-5779 | SDDV | | 19 | 0.00 | 0.00 |
| 06:50p | INCOMI CL | 304-514-4439 | SDDV | | 3 | 0.00 | 0.00 |
| 07:19p | INCOMI CL | 304-514-4439 | SDDV | | 2 | 0.00 | 0.00 |
| 07:51p | INCOMI CL | 304-553-4539 | SDDV | | 1 | 0.00 | 0.00 |
| 08:03p | INCOMI CL | 304-699-2842 | SDDV | | 16 | 0.00 | 0.00 |
| 08:19p | POCATA WV | 304-988-1263 | SDDV | | 17 | 0.00 | 0.00 |
| 08:56p | INCOMI CL | 304-531-4245 | SDDV | | 2 | 0.00 | 0.00 |
| 09:10p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 09:25p | INCOMI CL | 304-482-6339 | SDDV | | 2 | 0.00 | 0.00 |
| 09:28p | PARKER WV | 304-482-6339 | SDDV | | 11 | 0.00 | 0.00 |
| Sunday, 09/13 | | | | | | | |
| 09:27a | INCOMI CL | 304-531-4245 | SDDV | | 3 | 0.00 | 0.00 |
| 11:39a | INCOMI CL | 304-988-1263 | SDDV | | 2 | 0.00 | 0.00 |
| 11:41a | INCOMI CL | 304-988-1263 | SDDV | | 1 | 0.00 | 0.00 |
| 02:58p | INCOMI CL | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 03:06p | INCOMI CL | 304-531-4245 | SDDV | | 3 | 0.00 | 0.00 |
| 04:52p | INCOMI CL | 304-421-5779 | SDDV | | 3 | 0.00 | 0.00 |
| 05:57p | INCOMI CL | 304-482-6339 | SDDV | | 6 | 0.00 | 0.00 |
| 07:06p | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 07:13p | INCOMI CL | 304-731-6404 | SDDV | | 7 | 0.00 | 0.00 |
| 07:21p | INCOMI CL | 304-731-6404 | SDDV | | 3 | 0.00 | 0.00 |
| 07:58p | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 07:59p | INCOMI CL | 304-372-7300 | SDDV | | 1 | 0.00 | 0.00 |
| 08:02p | RIPLEY WV | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 08:04p | INCOMI CL | 304-482-6339 | SDDV | | 2 | 0.00 | 0.00 |
| 08:06p | CALL WAIT | 304-532-7999 | SDDV | CW | 3 | 0.00 | 0.00 |
| 08:10p | PARKER WV | 304-482-6339 | SDDV | | 23 | 0.00 | 0.00 |
| 08:12p | CALL WAIT | 304-531-4245 | SDDV | CW | 1 | 0.00 | 0.00 |
| 08:37p | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 08:37p | CALL WAIT | 304-699-2842 | SDDV | CW | 16 | 0.00 | 0.00 |
| 09:18p | INCOMI CL | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 09:30p | RIPLEY WV | 304-531-4245 | SDDV | | 17 | 0.00 | 0.00 |
| Monday, 09/14 | | | | | | | |
| 07:16a | INCOMI CL | 304-514-4439 | SDDV | | 1 | 0.00 | 0.00 |
| 07:24a | INCOMI CL | 304-514-4439 | SDDV | | 1 | 0.00 | 0.00 |
| 08:18a | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 08:19a | INCOMI CL | 304-514-4439 | SDDV | | 1 | 0.00 | 0.00 |
| 08:23a | INCOMI CL | 304-531-4245 | SDDV | | 3 | 0.00 | 0.00 |
| 10:06a | RIPLEY WV | 304-531-4245 | SDDV | | 7 | 0.00 | 0.00 |
| 12:33p | RIPLEY WV | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 12:38p | RIPLEY WV | 304-531-4245 | SDDV | | 3 | 0.00 | 0.00 |
| 12:45p | INCOMI CL | 304-482-6339 | SDDV | | 3 | 0.00 | 0.00 |
| 12:51p | POCATA WV | 304-988-1263 | SDDV | | 1 | 0.00 | 0.00 |
| 02:45p | RIPLEY WV | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 02:48p | POCATA WV | 304-988-1263 | SDDV | | 7 | 0.00 | 0.00 |
| 04:19p | INCOMI CL | 304-532-7999 | SDDV | | 5 | 0.00 | 0.00 |
| 04:40p | INCOMI CL | 304-372-2262 | SDDV | | 1 | 0.00 | 0.00 |
| 05:08p | INCOMI CL | 304-514-4439 | SDDV | | 1 | 0.00 | 0.00 |
| 05:17p | INCOMI CL | 304-532-7999 | SDDV | | 5 | 0.00 | 0.00 |
| 05:25p | INCOMI CL | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 05:33p | RIPLEY WV | 304-532-7999 | SDDV | | 3 | 0.00 | 0.00 |
| 05:44p | INCOMI CL | 304-988-1263 | SDDV | | 6 | 0.00 | 0.00 |
| 06:08p | INCOMI CL | 304-482-6339 | SDDV | | 2 | 0.00 | 0.00 |
| 06:40p | INCOMI CL | 304-377-2392 | SDDV | | 3 | 0.00 | 0.00 |
| 06:43p | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 08:33p | POCATA WV | 304-988-1263 | SDDV | | 3 | 0.00 | 0.00 |
| 08:36p | CALL WAIT | 304-482-6339 | SDDV | CW | 1 | 0.00 | 0.00 |
| 08:36p | POCATA WV | 304-988-1263 | SDDV | | 1 | 0.00 | 0.00 |
| 08:37p | PARKER WV | 304-482-6339 | SDDV | | 1 | 0.00 | 0.00 |
| 08:39p | INCOMI CL | 304-482-6339 | SDDV | | 6 | 0.00 | 0.00 |
| 08:45p | PARKER WV | 304-482-6339 | SDDV | | 2 | 0.00 | 0.00 |
| 09:27p | PARKER WV | 304-482-6339 | SDDV | | 6 | 0.00 | 0.00 |
| 09:38p | RIPLEY WV | 304-377-5995 | SDDV | | 1 | 0.00 | 0.00 |
| 09:55p | INCOMI CL | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 10:11p | INCOMI CL | 304-731-6404 | SDDV | | 1 | 0.00 | 0.00 |
| Tuesday, 09/15 | | | | | | | |
| 07:04a | INCOMI CL | 304-767-0675 | SDDV | | 7 | 0.00 | 0.00 |
| 08:16a | RIPLEY WV | 304-531-4245 | SDDV | | 13 | 0.00 | 0.00 |
| 10:05a | INCOMI CL | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 12:25p | INCOMI CL | 304-514-4439 | SDDV | | 5 | 0.00 | 0.00 |
| 12:33p | RIPLEY WV | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 12:35p | POCATA WV | 304-988-1263 | SDDV | | 9 | 0.00 | 0.00 |
| 12:52p | RIPLEY WV | 304-531-4245 | SDDV | | 5 | 0.00 | 0.00 |
| 12:57p | RIPLEY WV | 304-531-4245 | SDDV | | 2 | 0.00 | 0.00 |
| 01:54p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 01:59p | VMAIL CL | 304-532-6382 | SDDV | VM | 2 | 0.00 | 0.00 |
| 02:01p | CHARLE WV | 304-550-0636 | SDDV | | 10 | 0.00 | 0.00 |
| 02:11p | RIPLEY WV | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 04:33p | RIPLEY WV | 304-531-4245 | SDDV | | 8 | 0.00 | 0.00 |
| 04:41p | CHARLE WV | 304-395-3130 | SDDV | | 10 | 0.00 | 0.00 |
| 04:51p | POCATA WV | 304-988-1263 | SDDV | | 9 | 0.00 | 0.00 |
| 05:37p | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 05:39p | INCOMI CL | 304-532-7999 | SDDV | | 3 | 0.00 | 0.00 |
| 06:07p | INCOMI CL | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 06:45p | INCOMI CL | 304-767-0675 | SDDV | | 12 | 0.00 | 0.00 |
| 07:42p | INCOMI CL | 304-482-6339 | SDDV | | 6 | 0.00 | 0.00 |
| 08:12p | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |



att.com


**AT&T**

BONNIE L. SERLS
ATTN: JULIA WILLIAMS
PO BOX 183
KENNA, WV 25248-0183

Page: A-39 of 143
Bill Cycle Date: 08/17/15 - 09/16/15
Account: 856972779

Visit us online at: www.att.com

📱 **304 532-6382**
BONNIE L. SERLS

## Call Detail - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Airtime Min | Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| **Tuesday, 09/15** | | | | | | | |
| 08:32p | RIPLEY WV | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 08:35p | PARKER WV | 304-482-8339 | SDDV | | 2 | 0.00 | 0.00 |
| 09:15p | INCOMI CL | 304-482-8339 | SDDV | | 6 | 0.00 | 0.00 |
| 09:21p | RIPLEY WV | 304-532-7999 | SDDV | | 1 | 0.00 | 0.00 |
| 09:26p | INCOMI CL | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 09:38p | POCATA WV | 304-988-1263 | SDDV | | 1 | 0.00 | 0.00 |
| 10:24p | RIPLEY WV | 304-532-7999 | SDDV | | 13 | 0.00 | 0.00 |
| 11:22p | INCOMI CL | 304-532-7999 | SDDV | | 4 | 0.00 | 0.00 |
| **Wednesday, 09/16** | | | | | | | |
| 07:27a | RIPLEY WV | 304-514-4439 | SDDV | | 3 | 0.00 | 0.00 |
| 08:13a | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 09:58a | RIPLEY WV | 304-372-5115 | SDDV | | 1 | 0.00 | 0.00 |
| 09:58a | CALL WAIT | 304-550-0638 | SDDV | CW | 4 | 0.00 | 0.00 |
| 10:02a | RIPLEY WV | 304-531-4245 | SDDV | | 7 | 0.00 | 0.00 |
| 12:02p | RIPLEY WV | 304-531-4245 | SDDV | | 1 | 0.00 | 0.00 |
| 12:08p | CHARLE WV | 304-550-0638 | SDDV | | 4 | 0.00 | 0.00 |
| 12:13p | CHARLE WV | 304-395-3130 | SDDV | | 4 | 0.00 | 0.00 |
| 12:16p | CALL WAIT | 304-421-5779 | SDDV | CW | 10 | 0.00 | 0.00 |
| 12:26p | RIPLEY WV | 304-531-4245 | SDDV | | 4 | 0.00 | 0.00 |
| 12:29p | CHARLE WV | 304-395-3130 | SDDV | | 5 | 0.00 | 0.00 |
| 12:34p | RIPLEY WV | 304-531-4245 | SDDV | | 2 | 0.00 | 0.00 |
| 01:42p | RIPLEY WV | 304-531-4245 | SDDV | | 11 | 0.00 | 0.00 |
| 04:34p | CHARLE WV | 304-550-0638 | SDDV | | 1 | 0.00 | 0.00 |
| 04:59p | RIPLEY WV | 304-372-6722 | SDDV | | 1 | 0.00 | 0.00 |
| 05:04p | POCATA WV | 304-988-1263 | SDDV | | 8 | 0.00 | 0.00 |
| 05:12p | INCOMI CL | 304-532-7999 | SDDV | | 5 | 0.00 | 0.00 |
| 05:23p | POCATA WV | 304-988-1263 | SDDV | | 1 | 0.00 | 0.00 |
| 05:23p | CALL WAIT | 304-395-3130 | SDDV | CW | 19 | 0.00 | 0.00 |
| 05:46p | INCOMI CL | 304-541-0585 | SDDV | | 9 | 0.00 | 0.00 |
| 05:56p | INCOMI CL | 304-532-3751 | SDDV | | 6 | 0.00 | 0.00 |
| 06:02p | RIPLEY WV | 304-531-4245 | SDDV | | 4 | 0.00 | 0.00 |
| 08:13p | RIPLEY WV | 304-531-4245 | SDDV | | 5 | 0.00 | 0.00 |
| 08:30p | VMAIL CL | 304-532-6382 | SDDV | VM | 1 | 0.00 | 0.00 |
| 08:31p | RIPLEY WV | 304-532-7999 | SDDV | | 2 | 0.00 | 0.00 |
| 08:39p | RIPLEY WV | 304-532-4386 | SDDV | | 1 | 0.00 | 0.00 |
| 08:42p | INCOMI CL | 304-699-2842 | SDDV | | 16 | 0.00 | 0.00 |
| 09:06p | INCOMI CL | 304-482-8339 | SDDV | | 17 | 0.00 | 0.00 |
| Subtotal | | | | | 3,198 | 0.00 | 0.00 |

**Rate Code:**
SDDV = Mobile Share with Unlimited Talk & Text

**Feature Code:**
CW = CALL WAITING
VM = MESSAGE PLUS

## Data Detail

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| **Text Messages** | | | | |
| **Monday, 08/17** | | | | |
| 12:08p Rcvd | 304-514-1112 | Text Message | UNLMSG | 0.00 |
| 12:09p Sent | 304-514-1112 | Text Message | UNLMSG | 0.00 |
| 01:41p Rcvd | 304-532-3751 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 01:41p Rcvd | 304-532-3751 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 01:43p Sent | 304-532-3751 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 01:44p Rcvd | 304-532-3751 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 01:48p Sent | 304-532-3751 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 01:48p Sent | 304-532-3751 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 01:52p Rcvd | 304-514-1112 | Text Message | UNLMSG | 0.00 |
| 01:57p Rcvd | 304-532-3751 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 01:59p Sent | 304-532-3751 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 03:37p Sent | 304-395-3130 | Text Message | UNLMSG | 0.00 |
| 03:39p Rcvd | 304-395-3130 | Text Message | UNLMSG | 0.00 |
| 03:39p Sent | 304-395-3130 | Text Message | UNLMSG | 0.00 |
| 03:39p Rcvd | 304-395-3130 | Text Message | UNLMSG | 0.00 |
| 03:40p Rcvd | 304-395-3130 | Text Message | UNLMSG | 0.00 |
| 03:40p Sent | 304-395-3130 | Text Message | UNLMSG | 0.00 |
| 03:40p Rcvd | 304-395-3130 | Text Message | UNLMSG | 0.00 |
| 03:46p Rcvd | 304-532-7999 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 04:37p Rcvd | 304-373-3317 | Text Message | UNLMSG | 0.00 |
| 05:44p Sent | 304-514-1112 | Text Message | UNLMSG | 0.00 |
| 06:45p Rcvd | 304-514-1112 | Text Message | UNLMSG | 0.00 |
| 06:47p Rcvd | 304-514-1112 | Text Message | UNLMSG | 0.00 |
| 06:47p Sent | 304-514-1112 | Text Message | UNLMSG | 0.00 |
| **Tuesday, 08/18** | | | | |
| 06:24a Rcvd | 304-543-8683 | Text Message | UNLMSG | 0.00 |
| 06:32a Sent | 304-543-8683 | Text Message | UNLMSG | 0.00 |
| 06:34a Rcvd | 304-543-8683 | Text Message | UNLMSG | 0.00 |
| 07:02a Rcvd | 304-533-7389 | Text Message | UNLMSG | 0.00 |
| 07:06a Sent | 304-533-7389 | Text Message | UNLMSG | 0.00 |
| 07:06a Sent | 304-543-8683 | Text Message | UNLMSG | 0.00 |
| 07:21a Rcvd | 304-543-8683 | Text Message | UNLMSG | 0.00 |
| 07:22a Sent | 304-543-8683 | Text Message | UNLMSG | 0.00 |
| 07:26a Rcvd | 304-543-8683 | Text Message | UNLMSG | 0.00 |
| 08:30a Rcvd | 304-941-7722 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 10:09a Rcvd | 304-532-3751 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 10:18a Sent | 304-941-7722 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 10:19a Sent | 304-532-3751 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 10:54a Rcvd | 304-941-7722 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 11:53a Rcvd | 304-395-3130 | Text Message | UNLMSG | 0.00 |
| 12:13p Sent | 304-395-3130 | Text Message | UNLMSG | 0.00 |
| 12:14p Rcvd | 304-395-3130 | Text Message | UNLMSG | 0.00 |
| 12:14p Rcvd | 304-395-3130 | Text Message | UNLMSG | 0.00 |
| 12:15p Sent | 304-395-3130 | Text Message | UNLMSG | 0.00 |
| 02:00p Rcvd | 304-941-7722 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 02:00p Rcvd | 304-941-7722 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 02:09p Rcvd | 304-941-7722 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 02:09p Rcvd | 304-941-7722 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 02:09p Rcvd | 304-941-7722 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 02:09p Rcvd | 304-941-7722 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 02:15p Sent | 304-941-7722 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 02:20p Rcvd | 304-941-7722 | MTM TEXT MESSAG | UNLMSG | 0.00 |